IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-CR-169-D

| | | |
|---|---|---|
| UNITED STAES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION TO UNSEAL** |
| | ) | |
| EMILSON NOEL HERNANDEZ-ACOSTA | ) ) | |

Upon motion of the United States, it is hereby ORDERED that this case and all documents pertaining to it be unsealed.

This the 9 day of December, 2021.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE